UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re.
        DIANA SARRIA                         CASE NO. 16-22798-rdd
        aka DIANA LIRIANO,              CHAPTER 13

                     Debtor.
-----------------------------------------------------------X

## ORDER GRANTING DEBTOR'S MOTION TO
## DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(b)

      Upon the motion, dated July 26, 2016 [Dkt. No. 11] (the "Motion"), of the debtor herein, by and through her attorney, for an order dismissing her Chapter 13 case pursuant to 11 U.S.C. §1307(b); and it appearing that this case was not previously converted under 11 U.S.C. §§ 706, 1112 or 1208; and no additional notice or hearing being required, it is hereby

      **ORDERED** that the Motion is granted and this Chapter 13 case is dismissed pursuant to 11 U.S.C. § 1307(b). The Chapter 13 trustee shall take all actions require by such dismissal.

Dated: White Plains, New York
       August 22, 2016

                                                                   /s/Robert D. Drain
                                                       United States Bankruptcy Judge